UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GREGORY RYAN WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:24-cv-01150 |
| | ) |
| SANDY GARRET, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 41) recommending, among other things, that the Court grant Defendants' motion to dismiss. Mr. Webb has not filed timely objections to the R&R despite the R&R's specific warnings regarding waiver. (Id. at 9). He has thus waived further appellate review of the Magistrate Judge's findings and conclusions.

Nonetheless, the Court has thoroughly reviewed the R&R and agrees with the Magistrate Judge's analysis with one modification. The Court agrees that Defendants are shielded by sovereign immunity and that Mr. Webb has otherwise failed to state claims for relief. (See id. at 4–7). However, because dismissal is based on sovereign immunity, which is jurisdictional in nature, dismissal must be without prejudice. See Ernst v. Rising, 427 F.3d 351, 366 (6th Cir. 2005).

Accordingly, the R&R (Doc. No. 41) is **APPROVED AND ADOPTED with modification**. Defendants' motion to dismiss (Doc. No. 18) is **GRANTED** and this matter is dismissed without prejudice.

Moreover, Plaintiff's remaining motions (Doc. Nos. 21, 22, 23, 24, 25, 26, 30, 32, 35, 36 and 40) are **DENIED**.

The Clerk should close the file. If Mr. Webb wishes to re-file any of his claims or assert new claims, he must file a new case and pay a new filing fee.

Although Mr. Webb has waived his right to seek further appellate review, if he wishes to file a notice of appeal, he must do so within thirty (30) days of this order being filed. Fed. R. App. P. 4(a)(1)(A).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE